

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELITA ZACARIAS,<br><br>Defendant. | ) NO. 2:17-MJ-00101-DUTY<br>)<br>)<br>) **ORDER OF DETENTION AFTER**<br>) **HEARING**<br>)<br>) **[Fed.R.Crim.P. 32.1(a)(6);**<br>) **18 U.S.C. 3143(a)]**<br>) |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Western District of Texas for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on her failure to proffer evidence to meet her burden on this issue; her history of failures to appear;

1

and

B.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on her criminal history and history of substance abuse.


     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.


DATED: January 19, 2017


                                        KAREN L. STEVENSON
                                        UNITED STATES MAGISTRATE JUDGE

2